

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00117-CV

Arturo **CASTRO**,
Appellant

v.

Leticia Y. **MUNOZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16894
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order all costs of this appeal are assessed against appellant Arturo Castro.

SIGNED April 20, 2016.

_____
Luz Elena D. Chapa, Justice